CARL WILLIAMS V. THE STATE.

No. 18612.   Delivered October 14, 1936.

The opinion states the case.

*Currie McCutcheon, Walter M. Kolleschnig,* and *Frank D. Ivey,* all of Dallas, for appellant.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

MORROW, PRESIDING JUDGE.—The offense is murder; penalty assessed at death.

It has been made known to this court by proper affidavit that appellant died August 27, 1936, after having perfected his appeal and pending the disposition thereof. The death of the appellant deprives this court of jurisdiction of the appeal. It is therefore abated.

*Appeal abated.*